APPEAL, CLOSED, E-Filing, HABEAS, ProSe

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-05643-MHP
### Internal Use Only

| | |
|---|---|
| Bivins v. Kramer | Date Filed: 11/06/2007 |
| Assigned to: Hon. Marilyn H. Patel | Date Terminated: 03/05/2008 |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Jury Demand: None |
| | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

**Joseph Bernard Bivins**            represented by   **Joseph Bernard Bivins**
B-63111
Folsom State Prison
P.O. Box 950
Folsom, CA 95763
PRO SE

V.

**Respondent**

**M. C. Kramer**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/06/2007 | 1 | PETITION for Writ of Habeas Corpus; No Process Issued (Filing fee IFPP). Filed by Joseph Bernard Bivins. (gba, COURT STAFF) (Filed on 11/6/2007) (Entered: 11/06/2007) |
| 11/06/2007 | 2 | MOTION for Leave to File Writ of Habeas Corpus Base on the Only Available Avenue for the Court to Consider Unconstitutional and Illegal Sentence by Maintaining Deprivation DNA conclusive hearing DNA proceeding filed by Joseph Bernard Bivins. (gba, COURT STAFF) (Filed on 11/6/2007) (Entered: 11/06/2007) |
| 11/06/2007 | 3 | CLERK'S NOTICE re completion of In Forma Pauperis affidavit or payment of filing fee due within 30 days. (gba, COURT STAFF) (Filed on 11/6/2007) (Entered: 11/06/2007) |
| 11/06/2007 | | CASE DESIGNATED for Electronic Filing. (gba, COURT STAFF) (Filed on 11/6/2007) (Entered: 11/06/2007) |

| | | |
|---|---|---|
| 11/21/2007 | | Filing fee: $ 5.00, receipt number 34611012741. (gba, COURT STAFF) (Filed on 11/21/2007) (Entered: 11/30/2007) |
| 11/27/2007 | 4 | MOTION to Appoint Counsel filed by Joseph Bernard Bivins. (gba, COURT STAFF) (Filed on 11/27/2007) (Entered: 11/30/2007) |
| 03/05/2008 | 5 | ORDER of Dismissal by Judge Marilyn H. Patel denying 4 Motion to Appoint Counsel ; denying 2 Motion for Leave to File (Attachments: # 1 Certificate of Service) (fj, COURT STAFF) (Filed on 3/5/2008) (Entered: 03/05/2008) |
| 03/05/2008 | 6 | JUDGMENT. Signed by Judge Marilyn H. Patel on 3/5/08. (Attachments: # 1 Certificate of Service)(fj, COURT STAFF) (Filed on 3/5/2008) (Entered: 03/05/2008) |
| 03/05/2008 | | (Court only) ***Civil Case Terminated. (fj, COURT STAFF) (Filed on 3/5/2008) (Entered: 03/05/2008) |
| 03/27/2008 | 7 | NOTICE OF APPEAL as to 6 Judgment 5 Order on Motion to Appoint Counsel, Order on Motion for Leave to File by Joseph Bernard Bivins. Filing fee Not Paid. (gba, COURT STAFF) (Filed on 3/27/2008) (Entered: 03/28/2008) |
| 04/16/2008 | 8 | ORDER DENYING CERTIFICATE OF APPEALABILITY; Signed by Judge Marilyn Hall Patel on 4/16/2008. (Attachments: # 1 CertServ) (awb, COURT-STAFF) (Filed on 4/16/2008) (Entered: 04/16/2008) |
| 04/21/2008 | 11 | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 7 Notice of Appeal (gba, COURT STAFF) (Filed on 4/21/2008) (Additional attachment(s) added on 4/21/2008: # 1 Certificate of Record, # 2 Notice of Appeal Transmittal Form, # 3 Notice of Appeal Case Information, # 4 CPC Order, # 5 Certificate of Service, # 6 Judgment, # 7 Certificate of Service, # 8 Order of Dismissal, # 9 Certificate of Service) (gba, COURT STAFF). (Entered: 04/21/2008) |
| 04/21/2008 | 9 | Certificate of Record Mailed to USCA re appeal 7 Notice of Appeal : (gba, COURT STAFF) (Filed on 4/21/2008) (Entered: 04/21/2008) |
| 04/21/2008 | 10 | Copy of Notice of Appeal and Docket sheet mailed to all counsel (Attachments: # 1 Certificate of Record)(gba, COURT STAFF) (Filed on 4/21/2008) (Entered: 04/21/2008) |