**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
————————
www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                      415.522.2000

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: <u>CV 07-05643 MHP</u>**

**CASE TITLE: <u>JOSEPH BIVINS-v-M C KRAMER</u>**

Dear Sir/Madam:

      Pursuant to Rule 22(b), Rules of Appellate Procedure, enclosed is our file, an application for certificate of appealability and/or notice of appeal, order denying that application and certified copy of docket sheet.

      Please acknowledge receipt and return to this office.

Dated: April 21, 2008                                         Sincerely,

                                     RICHARD W. WIEKING, Clerk

                                     by: <u>Gina Agustine-Rivas</u>
                                     Case Systems Administrator

Enclosures: