UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

April 21, 2008

**CASE INFORMATION:**
Short Case Title:    <u>JOSEPH BIVINS</u>-v- <u>M C KRAMER</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name:    <u>NORTHERN DISTRICT OF CALIFORNIA,</u>
<u>SAN FRANCISCO DIVISION</u>
Criminal and/or Civil Case No.:    <u>CV 07-05643 MHP</u>
Date Complaint/Indictment/Petition Filed:    11/6/07
Date Appealed order/judgment *entered*:    3/5/08
Date NOA *filed*:    3/27/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):    ☐ granted in full (attach order)    ✔ denied in full (send record)
                          ☐ granted in part (attach order)    ☐ pending

Court Reporter(s) Name & Phone Number: NONE

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid:                    Date Docket Fee Billed:
Date FP granted:                         Date FP denied:
Is FP pending? ☐ yes ✔ no               Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes ✔ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                       Appellee Counsel:
JOSEPH BIVINS - B-63111
FOLSOM STATE PRISON                      NO APPEARANCE
P.O. BOX 950
FOLSOM, CA 95763
☐ retained  ☐ CJA  ☐ FPD  ✔ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                             Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                          9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: <u>Gina Agustine-Rivas</u>
                                                    (415) 522-2087