UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BIVINS, a/k/a<br>JOSEPH BERNARD BIVENS,<br><br>   Petitioner,<br><br> v.<br><br>M. C. KRAMER, warden,<br><br>   Respondent.<br>_____/ | No. C 07-5643 MHP (pr)<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

  Petitioner filed a notice of appeal, which the court construes as also requesting a certificate of appealability. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). The certificate of appealability is DENIED because petitioner has not demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). (Docket # 7.)

  The clerk shall forward to the court of appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

  IT IS SO ORDERED.

DATED: April 16, 2008

                   _____
                   Marilyn Hall Patel
                   United States District Judge