UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BIVINS, | Case Number: CV07-05643 MHP |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| M C KRAMER et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Bernard Bivins B-63111
Folsom State Prison
P.O. Box 950
Folsom, CA 95763

Dated: April 16, 2008

Richard W. Wieking, Clerk
By: Anthony Bowser, Deputy Clerk