UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BIVINS, a/k/a<br>JOSEPH BERNARD BIVENS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>M. C. KRAMER, warden,<br><br>　　　　Respondent.<br>_____/ | No. C 07-5643 MHP (pr)<br><br>**JUDGMENT** |

This action is dismissed because the Ninth Circuit has not authorized this court to consider a second or successive habeas petition from petitioner.

IT IS SO ORDERED AND ADJUDGED.

DATED: March 4, 2008

　　　　　　　　　　　　　　　　　　　Marilyn Hall Patel
　　　　　　　　　　　　　　　　　　　United States District Judge