UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BIVINS, a/k/a<br>JOSEPH BERNARD BIVENS,<br>        Petitioner,<br>  v.<br>M. C. KRAMER, warden,<br>        Respondent. | No. C 07-5643 MHP (pr)<br>**ORDER** |

     This is the fifth habeas action filed by petitioner to challenge his 1975 conviction. The court dismissed this action without prejudice to petitioner filing a new habeas action if he ever obtained permission from the court of appeals to file a second or successive petition. This court later denied a certificate of appealability, as did the U.S. Court of Appeals for the Ninth Circuit. More than a year later, petitioner attempted to take a second appeal. The Ninth Circuit has dismissed that appeal. Petitioner's motion for leave to proceed in forma pauperis on that second appeal (docket # 20) is DENIED because the appeal is not taken in good faith. See 28 U.S.C. § 1915(a)(3).

     IT IS SO ORDERED.

DATED: November 22, 2010

Marilyn Hall Patel
United States District Judge